# CASE ANNOUNCEMENTS

*April 29, 2008*

[Cite as *04/29/2008 Case Announcements,* 2008-Ohio-2009.]

## MOTION AND PROCEDURAL RULINGS

**2008–0505.   State ex rel. Mowen v. Mowen.**
Warren App. No. CA2007–10–119. This cause is pending before the court as an appeal from the Court of Appeals for Warren County. Upon consideration of appellant's motion to change case caption,

It is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS